AO 440 (Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

Service of the Summons and Complaint was made by me [1]

DATE: 10/2/2007

Name of SERVER: Lorie Jane Enlow

TITLE: Legal Assistant

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):

Civil Process Clerk, Office of the U.S. Attorney, 450 Golden Gate Avenue, 10th Floor, Box 36055, San Francisco, CA 94102; Rosemary Melville, District Director, USCIS, 630 Sansome Street, San Francisco, CA 94111; Robin Barrett, Field Office Director, USCIS, 630 Sansome Street, San Francisco, CA ;

Emilio T. Gonzalez, Director, DHS, Washington, DC 20528; Michael Chertoff, Secretary, DHS, Washington, DC 20528; Peter Keisler, Acting Attorney General, USDOJ, 950 Pennsylvania Avenue, NW, Washington, DC 20530; Robert S. Mueller, III, Director, FBI, 935 Pennsylvania Avenue, NW, Washington, DC 20535

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/2/2007
             Date

Signature of Server: *Lorie Jane Enlow*

Van Der Hout, Brigagliano & Nightingale, LLP
Address: 180 Sutter Street, 5th Floor
San Francisco, California 94104

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure