1  Zachary Nightingale (California Bar #184501)
   Marc Van Der Hout (California Bar # 80778)
2  Avantika Shastri (California Bar # 233453)
   Van Der Hout, Brigagliano & Nightingale, LLP
3  180 Sutter Street, Fifth Floor
   San Francisco, California 94104
4  Telephone:  (415) 981-3000
   Facsimile:  (415) 981-3003
5  Email: ndca@vblaw.com

6  Attorneys for Petitioner

7

8

9              UNITED STATES DISTRICT COURT FOR THE

10                 NORTHERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| Aquiles ARANDA<br><br>    Petitioner,<br><br>    v.<br><br>Rosemary MELVILLE, District Director, in her Official Capacity, District Director, Citizenship & Immigration Services, United States Department of Homeland Security, San Francisco, California; Robin BARRETT, in her Official Capacity, Field Officer Director, Citizenship & Immigration Services, United States Department of Homeland Security, San Francisco, California;  Emilio T. GONZALEZ, in his official Capacity, Director, Bureau of Citizenship and Immigration Services, United States Department of Homeland Security; and Michael CHERTOFF, in his Official Capacity, Secretary, United States Department of Homeland Security; Peter D. KEISLER, in his Official Capacity, Acting United States Attorney General; and Robert S. MUELLER, III, in his Official Capacity, Director, Federal Bureau of Investigation,<br><br>    Respondents. | Case No. C-07-05071 MEJ<br><br>**NOTICE OF VOLUNTARY DISMISSAL AND [PROPOSED] ORDER** |

1  Notice is hereby given that pursuant to Federal Rule of Civil Procedure 41(a), Petitioner
2  voluntarily dismisses the above-captioned action.
3
4  Dated: November 12, 2007  /s/ Zachary Nightingale, Esq.
                              Zachary Nightingale
5                             Attorney for Petitioner
6
7  IT IS SO ORDERED.
8  Dated:                     _____
                               Maria-Elena James
9                              United States District Court Magistrate Judge

PROOF OF SERVICE BY MAIL

I, Avantika Shastri, the undersigned, say:

I am over the age of eighteen years and not a party to the within action or proceedings; my business address is Van Der Hout, Brigagliano & Nightingale, LLP, 180 Sutter Street, Fifth Floor, San Francisco, CA 94104.

On November 12, 2007, I caused to be served the within:

**Notice of Voluntary Dismissal and [Proposed] Order**

on the opposing counsel by depositing one copy thereof, enclosed in a sealed envelope with postage fully pre-paid, in a mailbox regularly maintained by the United States Postal Service at San Francisco, California, addressed as follows:

> Civil Process Clerk
> Office of the United States Attorney
> Northern District of California
> 450 Golden Gate Ave.
> Tenth Floor, Box 36055
> San Francisco, CA 94102

Executed on November 12, 2007, at San Francisco, California. I declare under penalty of perjury, under the laws of the State of California that the foregoing is true and correct.

/s/ Avantika Shastri
Avantika Shastri
Declarant