Zachary Nightingale (California Bar #184501)
Marc Van Der Hout (California Bar # 80778)
Avantika Shastri (California Bar # 233453)
Van Der Hout, Brigagliano & Nightingale, LLP
180 Sutter Street, Fifth Floor
San Francisco, California 94104
Telephone: (415) 981-3000
Facsimile: (415) 981-3003
Email: ndca@vblaw.com

Attorneys for Petitioner

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Aquiles ARANDA,<br><br>    Petitioner,<br><br>v.<br><br>Rosemary MELVILLE, District Director, in her Official Capacity, District Director, Citizenship & Immigration Services, United States Department of Homeland Security, San Francisco, California; Robin BARRETT, in her Official Capacity, Field Officer Director, Citizenship & Immigration Services, United States Department of Homeland Security, San Francisco, California; Emilio T. GONZALEZ, in his official Capacity, Director, Bureau of Citizenship and Immigration Services, United States Department of Homeland Security; and Michael CHERTOFF, in his Official Capacity, Secretary, United States Department of Homeland Security; Peter D. KEISLER, in his Official Capacity, Acting United States Attorney General; and Robert S. MUELLER, III, in his Official Capacity, Director, Federal Bureau of Investigation,<br><br>    Respondents. | Case No. C-07-05071 MEJ<br><br>**NOTICE OF VOLUNTARY DISMISSAL AND [PROPOSED] ORDER** |

1  Notice is hereby given that pursuant to Federal Rule of Civil Procedure 41(a), Petitioner
2  voluntarily dismisses the above-captioned action.

4  Dated: November 12, 2007          /s/ Zachary Nightingale, Esq.
                                     Zachary Nightingale
5                                    Attorney for Petitioner

7  IT IS SO ORDERED.

8  Dated:   November 13, 2007        _____
                                     Maria-Elena James
9                                    United States District Court Magistrate Judge

## PROOF OF SERVICE BY MAIL

I, Avantika Shastri, the undersigned, say:

I am over the age of eighteen years and not a party to the within action or proceedings; my business address is Van Der Hout, Brigagliano & Nightingale, LLP, 180 Sutter Street, Fifth Floor, San Francisco, CA 94104.

On November 12, 2007, I caused to be served the within:

**Notice of Voluntary Dismissal and [Proposed] Order**

on the opposing counsel by depositing one copy thereof, enclosed in a sealed envelope with postage fully pre-paid, in a mailbox regularly maintained by the United States Postal Service at San Francisco, California, addressed as follows:

> Civil Process Clerk
> Office of the United States Attorney
> Northern District of California
> 450 Golden Gate Ave.
> Tenth Floor, Box 36055
> San Francisco, CA 94102

Executed on November 12, 2007, at San Francisco, California. I declare under penalty of perjury, under the laws of the State of California that the foregoing is true and correct.

/s/ Avantika Shastri
Avantika Shastri
Declarant